JOSEPH SCHAFFHAUSER, Respondent, *v.* S. LIEBMANN'S SONS BREWING COMPANY, Appellant.

*Schaffhauser* v. *Liebmann's Sons Br. Co.*, 136 App. Div. 895, affirmed.
(Argued March 1, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Martin A. Schenck* and *Frederick Hulse* for appellant.

*August P. Wagener* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT and CHASE, JJ. Dissenting: WERNER, HISCOCK and COLLIN, JJ.

---

ROSANNA PALIN, as Administratrix of the Estate of ADELARD PALIN, Deceased, Respondent, *v.* CARY BRICK COMPANY, Appellant.

*Palin* v. *Cary Brick Co.*, 138 App. Div. 931, affirmed.
(Argued March 2, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Andrew J. Nellis* for appellant.

*John Scanlon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.